David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
SUZANNE MARTINEZ

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SUZANNE MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE RECOVERY, LLC,<br><br>Defendant(s). | Case No.: **2:17-cv-00774-JCM-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN SUZANNE MARTINEZ AND APPLE RECOVERY, LLC** |

**NOTICE IS HERBY GIVEN** that the dispute between SUZANNE MARTINEZ ("Plaintiff") and Defendant APPLE RECOVERY, LLC ("APPLE RECOVERY, LLC") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against APPLE RECOVERY, LLC, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to APPLE

RECOVERY, LLC be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to APPLE RECOVERY, LLC.

Dated: May 9, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*SUZANNE MARTINEZ*

**IT IS ORDERED** that plaintiff shall have until **July 10, 2017**, to file its notice of voluntary dismissal, or a status report advising when notice will be filed.

Dated: May 9, 2017

Peggy A. Leen
United States Magistrate Judge